# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2007

131543

MICHAEL DOUGLAS CUTLER,
      Plaintiff-Appellant,

v

STACEY LYNN CUTLER,
      Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131543
COA: 265403
Sanilac CC: 04-030120-DM

On order of the Court, the application for leave to appeal the May 18, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007

_____
Clerk

s0220